IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| LOCAL 2379, UNITED AUTOMOBILE ) <br> AEOROSPACE AND AGRICULTURAL ) <br> IMPLEMENT WORKERS OF ) <br> AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ABB INC., ) <br> ) <br> Defendant. ) | Case No. 03-04109-CV-C-NKL |

## ORDER

Pursuant to the Judgment and Mandate issued by the United states Court of Appeals for the Eighth Circuit, summary judgment is entered in favor of defendant ABB Inc.

                                                                                          s/ NANETTE K. LAUGHREY
                                                                                            NANETTE K. LAUGHREY
                                                                                            UNITED STATES DISTRICT JUDGE

Dated:  September 14, 2005